**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RICHELLE PARK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00101-JRG-RSP |
| | § | |
| PROFESSIONAL ACCOUNT | § | |
| SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) (the "Notice"), filed by Plaintiff Richelle Park ("Plaintiff"). Dkt. No. 5.

Having considered the Notice, the Court **ACKNOWLEDGES** and **ACCEPTS** Plaintiff's Dismissal. It is therefore **ORDERED** that all claims are to be **DISMISSED WITH PREJUDICE** as to Defendant Professional Account Services, Inc. in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

All relief not expressly granted in this Order is **DENIED**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no defendants or claims remain.

**So ORDERED and SIGNED this 6th day of August, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE